LEHIGH NAVIGATION COAL CO., APPELLANT, v. MARY J. McCONNELL, RESPONDENT.

Submitted October 28, 1938—Decided January 13, 1939.

For the appellant, *Maurice J. McKeown.*

For the respondent, *John C. Stockel.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.